# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEDINA, as an individual and on behalf of all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-07557-TJH-JCx<br><br>**ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE  [65] [JS-6]** |

# ORDER

THE COURT, having received and reviewed the Joint Stipulation For Dismissal (Doc No. 65), and GOOD CAUSE appearing, herein orders as follows:

1. This action shall be dismissed with prejudice and this case shall be closed.

**IT IS SO ORDERED.**

Dated: APRIL 23, 2024          _____
                                Hon. Terry J. Hatter, Jr.
                                United States District Judge